# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2543
Fax: 919-483-2690

**DATE:** November 3, 2017

**FROM:** Mark Culp
U.S. Probation Officer

**SUBJECT:** TATE, Brian Keith
Case No.: 5:13-CR-97-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On September 25, 2013, pursuant to a guilty plea to Felon in Possession of a Firearm and Ammunition, Brian Keith Tate appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 33 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on August 28, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervision is set to expire on August 27, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          _11-7-17_
Terrence W. Boyle                              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:13-CR-97-1BO

BRIAN KEITH TATE

On August 28, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-483-8613  
Executed On: November 3, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7___ day of __November__, 2017.

Terrence W. Boyle  
U.S. District Judge